IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN L. JOHNSON, #45050                                      PETITIONER

VERSUS                                     CIVIL ACTION NO. 4:06cv74TSL-JCS

EARNEST LEE, Warden; and
JIM HOOD, Attorney General                                   RESPONDENTS

## ORDER

This matter is before the court on petitioner Johnson's request for habeas corpus relief pursuant to 28 U.S.C. § 2254. Upon initial review of the petition submitted, it is, hereby,

ORDERED that the respondent, through Jim Hood, file an answer or other responsive pleading in this cause within twenty (20) days of the service upon the said Jim Hood of a copy of this order. Respondent shall file with his answer or other responsive pleading full and complete transcripts of all proceedings in the state court of Mississippi arising from the charges of sale of cocaine within fifteen hundred feet of a church against petitioner in the Circuit Court of Wayne County, Mississippi.

IT IS FURTHER ORDERED that the clerk of this court shall serve, by certified mail, a copy of the petition [1] and brief in support [2] filed herein along with a copy of this order upon Jim Hood, Attorney General of the State of Mississippi. The clerk of this court shall also serve a copy of this order upon petitioner by mailing same to petitioner's last known address.

SO ORDERED, this the 19th day of June, 2006.

                                    s/James C. Sumner
                                    UNITED STATES MAGISTRATE JUDGE