IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN L. JOHNSON #45050                                      PETITIONER

VS.                                    CIVIL ACTION NO. 4:06CV74TSL-LRA

RONALD KING, ET AL.                                         RESPONDENTS

JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this court, the court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the respondents, and that this action is dismissed with prejudice.

SO ORDERED this the 31st    day of August, 2009.

  /s/Tom S. Lee
UNITED STATES DISTRICT JUDGE